In the Matter of the Application for the Probate of the
·    Will of ELIZABETH CONNELL, Deceased.

ELIZABETH CRAIG, Appellant.

In the Matter of the Application to Set Aside a Decree Granting Ancillary Letters of Administration on the Will of ELIZABETH CONNELL, Deceased.

SADIE R. BARROWS, Appellant; FARMERS' LOAN AND TRUST COMPANY, as Ancillary Executor of ELIZABETH CONNELL, Deceased, Respondent.

(Submitted November 12, 1917; decided November 13, 1917.)

Motion to amend remittitur granted and remittitur amended so that instead of reading and providing " with one bill of costs to the appellants payable out of the estate," it shall read and provide " with one bill of costs to the appellants in this court and in the Appellate Division payable out of the estate." (See 221 N. Y. 190.)